GLADYS SCHILLING, BY FREDERICK SCHILLING, HER NEXT FRIEND, ET AL., PLAINTIFFS, v. FRANK PERNO AND PETER POLICASTRO, DEFENDANTS.

Submitted October 14, 1927—Decided January 5, 1928.

Before Justices PARKER, MINTURN and CAMPBELL.

For the rule, *Robert H. Doherty.*

*Contra, John A. Laird.*

PER CURIAM.

This was an action for damages arising from a collision of an automobile of defendants with the plaintiff Gladys Schilling, a child ten years of age. The happening took place on West Newark avenue in Jersey City.

The jury returned a verdict against the plaintiffs, and we are asked to set this aside because it is against the weight of the evidence.

We do not, however, find this to be so, and the rule to show cause is discharged, with costs.